UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vernon Robert Ancrum, Debtor | Case No..: 21-11568-amc |
| | Chapter: 13 |
| Fay Servicing, LLC as servicer for LSF9 Master Participation Trust, Movant v. | Judge: Ashely M. Chan |
| | Hearing Date: December 1, 2021 at 11:00 am |
| | Objection Deadline: November 22, 2021 |
| Vernon Robert Ancrum Angela Ancrum-Co-Debtor Scott F. Waterman- Trustee, Respondents | |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

Fay Servicing, LLC as servicer for LSF9 Master Participation Trust has filed a Motion for Relief from Stay and Co-Debtor Stay with the Court in order to gain Court authority to foreclose on real property known as 419 W Earlham Terrace, Philadelphia, PA 19144.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 22, 2021 (14 days after the date the notice was mailed) you or your attorney must do all of the following:

    (a) file an answer explaining your position at

Clerk of Court
United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
    (b) mail a copy to the movant's attorney:

Lorraine Gazzara Doyle
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 230
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

      2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on the 1st day of December 2021, at 11:00 A.M., at Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: November 8, 2021

      By: _/s/ *Lorraine Gazzara Doyle*_____
          Lorraine Gazzara Doyle, Esq.
          FRIEDMAN VARTOLO LLP
          Attorneys for Movant
          1325 Franklin Avenue, Suite 230
          Garden City, New York 11530
          T: (212) 471-5100
          Bankruptcy@FriedmanVartolo.com

TO:

**Trustee**
Scott F. Waterman (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

**Debtor's Counsel**
David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**Debtor**
Vernon Robert Ancrum
419 West Earlham Terrace
Philadelphia, PA 19144

**Co-Debtor**
Angela Ancrum
419 West Earlham Terrace
Philadelphia, PA 19144