UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Vernon Robert Ancrum
Debtor

Fay Servicing, LLC as servicer for
LSF9 Master Participation Trust
Movant

v.

Vernon Robert Ancrum
Scott F. Waterman - Trustee
Respondents

CASE NO.: 21-11568-amc

CHAPTER 13

JUDGE: Ashely M. Chan

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Certification of Default filed by Fay Servicing, LLC as servicer for LSF9 Master Participation Trust dated May 3, 2023 and with good cause therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 419 W Earlham Terr, Philadelphia, PA, 19144, and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

Dated: May 22, 2023

_____
U.S.B.J