UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vernon Robert Ancrum<br>Debtor<br><br>Fay Servicing, LLC as servicer for LSF9 Master Participation Trust<br>Movant<br>v.<br><br>Vernon Robert Ancrum,<br>Angela Ancrum<br>Scott F. Waterman - Trustee<br>Respondents | CASE NO.: 21-11568-amc<br><br>CHAPTER 13<br><br>JUDGE: Ashely M. Chan |

**AMENDED ORDER GRANTING RELIEF FROM THE CO-DEBTOR STAY**

**UPON** consideration of the Certification of Default filed by Fay Servicing, LLC as servicer for LSF9 Master Participation Trust dated July 20, 2023 and with good cause therefore, it is

**ORDERED** that the Co-Debtor stay in effect as it pertains to Angela Ancrum pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant, its successors and/or assigns to commence and/or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

_____

U.S.B.J