UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Vernon Robert Ancrum                    CASE NO.: 21-11568-amc
                      Debtor
                                                  CHAPTER 13

          Fay Servicing, LLC as servicer for      JUDGE: Ashely M. Chan
          LSF9 Master Participation Trust
                      Movant
          v.

          Vernon Robert Ancrum,
          Angela Ancrum
          Scott F. Waterman - Trustee
                      Respondents

**XXXXXXXXX AMENDED ORDER GRANTING RELIEF FROM THE CO-DEBTOR STAY**

   **UPON** consideration of the Certification of Default filed by Fay Servicing, LLC as servicer for LSF9 Master Participation Trust dated July 20, 2023 and with good cause therefore, it is

   **ORDERED** that the Co-Debtor stay in effect as it pertains to Angela Ancrum pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant, its successors and/or assigns to commence and/or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

   **ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

   **ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

                                        BY THE COURT:

   Dated: August 8, 2023              _____

                                                            U.S.B.J